UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL CASHATT, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FORD MOTOR COMPANY,<br><br>                    Defendant. | NO.  3:19-cr-05886-RAJ<br><br><br>ORDER |

THIS MATTER comes before the Court upon Plaintiffs' Motion for Extension of Time to Respond to Defendant Ford Motor Company's Motion to Dismiss Plaintiff Jeffrey Heath for Failure to State a Claim.  Dkt. # 61.

Having considered the motion, and the files and pleadings herein, the Court finds that Plaintiffs have failed to file the motion for extension of time sufficiently before the deadline to respond to Defendant's Motion to Dismiss Jeffrey Heath and have failed to provide adequate reasoning to support such a request.  In the absence of an emergency justifying such delay and supporting the motion, the Court **DENIES** the motion for extension of time pursuant to LCR 7(j).

DATED this 21st day of June, 2021.

*Richard A Jones*
_____
The Honorable Richard A. Jones
United States District Judge