UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL CASHATT; BRANDON KENDALL; DAVID HODEL; CHAD PRENTICE; BETH JOSWICK; JEFFREY HEATH,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:19-cv-05886-TMC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL |

Before the Court is Defendant Ford Motor Company's ("Ford's") motion to compel. Dkt. 97. The Court has reviewed Ford's motion and the supporting declaration of John Fetters. Dkt. 98. The deadline under Western District of Washington Local Civil Rule 7(d)(3) for Plaintiffs to respond to the motion was Monday, November 13, 2023. Plaintiffs did not file any response. Under Local Civil Rule 7(b)(2), "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." The Court has also previously cautioned Plaintiffs that based on their "continued failure—despite repeated remedial opportunities and admonitions—to

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL - 1

adhere to Court orders and to requirements set forth in the Local Civil Rules and Federal Rules of Civil Procedure" that it would require strict adherence to those rules. Dkt. 77 at 1. Additionally, based on its own review of the motion, the Court finds that the discovery sought by Ford is relevant and proportional to the needs of the case within the scope of Federal Rule of Civil Procedure 26.

Accordingly, the Court ORDERS as follows:

1. Defendant Ford Motor Company's Motion to Compel is GRANTED in its entirety.

2. Within 14 days of entry of this Order, Plaintiffs shall serve Ford with full and complete, signed and verified responses to Ford's Interrogatory Nos. 2–7, 10, 11, and 13–17, and Requests for Production Nos. 1–3 and 5–8. Ford's Motion to Compel summarizes the deficiencies in Plaintiffs' prior discovery responses and production. Plaintiffs are directed to review Ford's Motion to Compel to ensure that Plaintiffs' supplemental discovery responses and production are full and complete.

3. This includes, but is not limited to, producing records in a manner that demonstrates to which Plaintiff and discovery request they relate.

Dated this 14th day of November, 2023.

Tiffany M. Cartwright
United States District Court Judge