THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RANDALL CASHATT, BRANDON KENDALL, DAVID HODEL, CHAD PRENTICE, BETH JOSWICK, JEFFREY HEATH, individually,<br><br>            Plaintiffs,<br><br>       v.<br><br>FORD MOTOR COMPANY,<br><br>            Defendant. | Case No.:  3:19-cv-05886-TMC<br><br>ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of dismissal filed by the parties, the Court hereby ORDERS that all claims asserted by Plaintiffs Randall Cashatt, Brandon Kendall, David Hodel, Chad Prentice, Beth Joswick, and Jeffrey Heath against Defendant Ford Motor Company are dismissed with prejudice and without award of costs or fees to any party.

Dated this 3rd day of September, 2024.

_____
Tiffany M. Cartwright
United States District Judge